IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v.   CASE NO. 5:12-cv-00013-MP-GRJ

SGT. TIMOTHY DAWSON, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 1, 2013. (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

On April 23, 2013, the Court granted Plaintiff's second motion for an extension of time to file an objection, setting May 19, 2013 as the deadline. (Doc. 40). Rather than filing an objection, Plaintiff filed a motion for leave to appeal *in forma pauperis*. (Doc. 41). As there was no appeal pending on which Plaintiff could proceed *in forma pauperis*, the Magistrate Judge issued an Order striking the motion. (Doc. 49). Regardless, in light of the procedural posture of the case, as well as the timing of the filing of the motion and Plaintiff's *pro se* status, the substantive arguments presented in the motion may be construed as an objection to the Report and Recommendation. I have made a *de novo* review of the Report and Recommendation based on those objections.

Having considered the Report and Recommendation, and any objections thereto timely

filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation (doc. 32) is adopted and incorporated by reference in this order.

2. This case is DISMISSED as to all defendants except Dawson and Palmer for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e).

**DONE AND ORDERED** this   *30th* day of July, 2014

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge