IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD D. WILSON,

    Plaintiff,

v().                            CASE NO. 5:12-cv-00013-MP-GRJ

SGT. TIMOTHY DAWSON and
SGT. JOANNA PALMER,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 23, 2015.  (Doc. 102).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at doc. 103.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation (doc. 102) is adopted and incorporated by reference in this order.

2.    Plaintiff's motion for summary judgment (doc. 70) is DENIED.

3. Defendants' motion for summary judgment (doc. 78) is GRANTED. The Clerk is directed to enter judgment in favor of Defendants and to close the file.

**DONE AND ORDERED** this   *31st* day of March, 2015

                                     *s/Maurice M. Paul*
                                 Maurice M. Paul, Senior District Judge