## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

BERNARD D WILSON

    VS                                                  CASE NO.  5:12-cv-13-MP-GRJ

JOANNE PALMER

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff, BERNARD D WILSON, take nothing and judgment is entered in favor of the Defendants TIMOTHY DAWSON and JOANNE PALMER.

                                                 JESSICA J. LYUBLANOVITS
                                                 CLERK OF COURT

| | |
|---|---|
| April 1, 2015 | s/ KELLI MALU |
| DATE | Deputy Clerk: Kelli Malu |